9-21-23

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Harris**

Greeting, Who ever this may concern: I am c____ inmate at 350 Afco Road, Crittend County detention Center. My name is James Davis, I am writing about a conflict that happened September 14, 2023 between 3:45 and 4:15. I was out in the Pod area when I was Physically attacked by Lt. Hines and Correction Officer Mr. Brown. They told me to lock down For Pushing a button, trying to get help. Lt. Hines Physically Choked me so Hard that I couldn't breathe, while Officer Brown was Pulling on me. I was trying to tell them that I was pushing the button For help When Lt. Hines Stopped Choking me Officer Brown Started Choking me, as they was dragging me to my cell in one motion. When I got close to my cell door Lt. Hines Started Punching me With his Fist Causing Pain in my body. When they threw me in my Cell, I hit the Floor then Started Coughing up blood, From when they was Choking me. I was Physically and Mentally assaulted. I was Feared For my life. They was so out of hand I heard other inmates yelling, telling them to Stop. Please Who ever this may concern, Can you Please Look into this For me, I really need some help, Please! The Way I was treated was Wrong and unproffessional. It all took Place right infront of the Cameras and inmates.
Sincerely, James Edward Carlos Davis.

James Davis
350 AFCO Road
West Memphis, AR



MEMPHIS TN 380
22 SEP 2023   PM 2   L

United States District Court
Clerk Office
Richard Sheppard Arnold
United States Court House
600 W. Capitol Avenue Suit A-149
Little Rock Arkansas 72201-3325